ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 APR -5 PM 12: 44

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| THE VARSITY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE JUNIOR VARSITY OF THE )<br>SOUTH, INC., TYLER PROPERTIES, )<br>INC., ROY L. TYLER, III, REGINALD )<br>C. HAUPT JR., and JONES LANG )<br>LASALLE INCORPORATED, )<br>)<br>Defendants. ) | Civil Action No.: CV-406-014 |

### STIPULATED DISMISSAL, WITHOUT PREJUDICE, OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS THE JUNIOR VARSITY OF THE SOUTH, INC., TYLER PROPERTIES, INC., AND ROY L. TYLER, III

Plaintiff, The Varsity, Inc., and defendants The Junior Varsity of the South, Inc., Tyler Properties, Inc., and Roy L. Tyler, III have reached an agreement to settle this action and wish to dismiss all claims against each other, without prejudice.

Accordingly, IT IS HEREBY ORDERED as follows:

1. All claims brought in this action by plaintiff against defendants The Junior Varsity of the South, Inc., Tyler Properties, Inc., and Roy L. Tyler, III are dismissed without prejudice.

2. Each party shall bear it own costs and attorney fees.

15

STIPULATED, AGREED, AND CONSENTED TO AS TO FORM AND SUBSTANCE:

Dated: ~~March~~ ___, 2006

April 5, 2006

HUNTER, MACLEAN, EXLEY & DUNN, P.C.

By: _____
John M. Tatum
State Bar No. 699000
200 East Saint Julian Street
P.O. Box 9848
Savannah, Georgia 31412
(912) 236-0261

Attorneys for Plaintiff The Varsity, Inc.

Dated: March ___, 2006

By: _____
Roy L. Tyler, III
138 Tiana Circle
Savannah, Georgia 31406
(912) 656-3655

On behalf of Defendants The Junior Varsity of the South, Inc., Tyler Properties, Inc., and Roy L. Tyler, III

**ORDER**

IT IS SO ORDERED:

Dated: 4-10-06, 2006

By: _____
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS THE JUNIOR VARSITY OF THE SOUTH, INC., TYLER PROPERTIES, INC., AND ROY L. TYLER III, were served by first class U.S. mail, postage prepaid, upon the following defendants, this 4 day of April, 2006:

The Junior Varsity of the South, Inc.
c/o its registered agent and office:
Roy L. Tyler, III
138 Tiana Circle
Savannah, Georgia 31406

Tyler Properties, Inc.
c/o its registered agent and office:
Roy L. Tyler, III
138 Tiana Circle
Savannah, Georgia 31406

Roy L. Tyler, III
138 Tiana Circle
Savannah, Georgia 31406

Reginald C. Haupt Jr.
12502 Apache Avenue, Unit No. 12
Savannah, Georgia 31419

Jones Lang LaSalle Incorporated
c/o John F. Meyers, Mark Seigel,
   and Michael P. Elkton
Seyfarth Shaw LLP
1545 Peachtree Street - Suite 700
Atlanta, Georgia 30309-2401

_____
[NAME]